```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                         FORT PIERCE DIVISION
              CASE NO. 06-14074-CR-MARTINEZ/LYNCH
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ANTHONY PEREZ,

        Defendant.
_____/

### **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 17, 2007. A Report and Recommendation was filed on January 22, 2007, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count Three of the Indictment which charges the Defendant with production of child pornography through interstate commerce by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e). The United States agrees to seek dismissal of Counts One and Two of the Indictment, as to this Defendant, after sentencing. The Defendant also agreed to forfeit to the United States voluntarily and immediately all of his right, title and interest to any and

all assets and their substitutes which are subject to forfeiture pursuant to Title 18, United States Code, Section 2253, which are in the possession and control of the defendant or nominees, which are described in the written plea agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation